No. 04–1564. GARCIA ET AL. *v.* UNITED STATES. C. A. 9th Cir. Motion of the Solicitor General for leave to file a brief in opposition under seal with redacted copies for the public record

*See also note, *supra*, p. 801.

granted. Certiorari denied.